# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff(s),** | ) NO. CR 05-998-TUC-FRZ (BPV) |
| vs. | ) ORDER |
| **Alma Idalia Espinoza,** | ) |
| **Defendant(s).** | ) |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on Defendant's Motion to Dismiss the Indictment as to Defendant, Alma Idalia Espinosa. [Doc #41]

On October 24, 2005, Magistrate Judge Bernardo P. Velasco conducted a hearing and on October 25, 2005 issued his Report and Recommendation. [Doc #56] A copy was sent to all parties. The Plaintiff filed objections to the Magistrate Judge's Report and Recommendation.[Doc #58] Defendant filed a response to the Plaintiff's objection. [Doc #59]

The Court, having made an independent review of the record herein, orders as follows:

IT IS ORDERED that Magistrate Judge Velasco's Report and Recommendation is ACCEPTED and ADOPTED _in part_ by this Court as the findings of fact and conclusions of law in this matter and _rejected_ in part.

The Court adopts the Report and Recommendation's findings that the Indictment in this case be dismissed. The Plaintiff presented no evidence from which a Grand Jury could rationally find probable cause to Indict Defendant Alma Idalia Espinosa.

The Court rejects the Report and Recommendation in so far as it recommends dismissal with prejudice. The fact that Plaintiff failed to produce evidence capable of supporting probable cause before this Grand Jury does not bar Plaintiff from continuing its investigation and returning to the Grand Jury if it uncovers evidence which supports a finding of probable cause and the return of a true bill.

IT IS ORDERED that the Indictment as to Defendant Alma Idalia Espinosa is Dismissed without Prejudice.

DATED this 2nd day of December, 2005.

*Frank R. Zapata*
FRANK R. ZAPATA
United States District Judge